IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00923-WJM-KLM

DONALD BENNETT,

    Plaintiff,

v.

SSC PALISADE OPERATING COMPANY, LLC, a Delaware Limited Liability Company,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Defendant's **Unopposed** **Motion for Entry of Stipulated Confidentiality Agreement and Protective Order [#18]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Confidentiality Agreement and Protective Order [#18-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: July 28, 2014

---

[1] "[#18]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.