**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0923-WJM-KLM

DON BENNETT

    Plaintiff,

v.

SSC PALISADE OPERATING COMPANY, LLC., a Delaware Limited Liability Company

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Stipulation to Dismiss, filed December 8, 2014 (ECF No. 32). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulation to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 8th day of December, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge
